## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, | ) ) ) | |
| | ) | Case No. 04-11849 NG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH CONNOLLY & ASSOCIATES, LLC, a New York limited liability corporation | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES, | ) ) ) ) | |
| | ) | |
| Counterclaimant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, | ) ) | |
| | ) | |
| Counterclaim Defendant | ) ) | |
| _____ | ) | |

## CORPORATE DISCLOSURE STATEMENT OF ARABELLA TEXTILES

Pursuant to District of Massachusetts Local Rule 7.3(A), Defendant and Counterclaimant

Arabella Textiles, LLC, d.b.a. Deborah Connolly & Associates, states that it has no parent

corporation and no publicly held corporation owns 10% or more of its stock.

LIBA/1414979.1

Respectfully submitted,

**ARABELLA TEXTILES, LLC, d.b.a.**
**DEBORAH CONNOLLY & ASSOCIATES**

By its attorneys,

/s/ Anastasia M. Fernands
R. David Hosp (BBO # 634091)
Anastasia M. Fernands (BBO# 633131)
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA  02109
Phone: 617-570-1000
Fax:  617-523-1231

**OF COUNSEL:**

James R. Steffen (MN# 204717)
Molly K. Beutz (MN# 324218)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax:  612-766-1600

Dated:  September 20, 2004