# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., )<br>)<br>a Massachusetts Corporation, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DEBORAH CONNOLLY & ASSOCIATES, LLC., )<br>)<br>a New York Limited Liability Corporation, )<br>)<br>    Defendant. )<br>) | Civil Action No. 04 11849 NG |

## RETURN OF SERVICE

1. Service of the Summons and Complaint of the above-captioned civil action was made by me, Herbert L. Bello, Attorney for Plaintiff, The Turkish Towel Company, Inc., on August 27, 2004 by mailing a copy of the summons and complaint, together with the exhibit attached thereto, via first class mail, certified mail (Certificate No. 7002 2410 0006 1886 2605), return receipt requested, to Deborah Connolly, Deborah Connolly & Associates LLC, 303 Fifth Avenue, Suite 1402, New York, NY 10016.

2. Enclosed is a copy of the original summons.

3. Also, enclosed is the original return receipt card that was attached to the Summons and Complaint sent to Ms. Deborah Connolly, Deborah Connolly & Associates, LLC.

4. Since the delivery date was not provided on the original return receipt card, further enclosed is a delivery record from the United States Postal Service stating that Certificate No. 7002 2410 0006 1886 2605 was delivered on 08/30/2004.

1

Civil Action No. 04 11849 NG

    I declare under the pains and penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: _September 9, 2004_        _/s/ Herbert L. Bello_
                                            Herbert L. Bello (BBO# 036620)
                                            Michael A. Paris (BBO# 389770)
                                            One Hollis Street, Suite 327
                                            Wellesley, MA 02482
                                            Telephone: (781) 235-4457
                                            Facsimile: (781)235-6448
38121rtnsrvc.wpd                          Attorneys for Plaintiff

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

The Turkish Towel Company, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

**04 11849 NG**

Deborah Connolly & Associates, LLC.

TO: (Name and address of defendant)

Deborah Connolly & Associates, LLC.
303 Fifth Avenue, Suite 1402
New York, NY  10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Herbert L. Bello
One Hollis Street
Wellesley, MA  02482

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  8/25/04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: August 27, 2004 |
| NAME OF SERVER (PRINT): Herbert L. Bello | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Certificate No. 7002241000618862605
Mailed to Ms. Deborah Connolly
Deborah Connolly & Associates LLC.
303 Fifth Avenue, Suite 1402, New York, NY 10016

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 9, 2004        *Signature of Server*

Address of Server: HERBERT L. BELLO
ONE HOLLIS STREET
WELLESLEY, MA 02482

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure