## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, | ) ) ) | Case No. 04-11849 NG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DEBORAH CONNOLLY & ASSOCIATES, LLC, a New York limited liability corporation | ) ) ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |
| ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES, | ) ) ) ) ) | |
| Counterclaimant | ) ) | |
| vs. | ) ) | |
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, | ) ) ) | |
| Counterclaim Defendant | ) ) ) | |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

    A.    Color Copy of Certificate of Registration for Holiday Florals designs;

    B.    Color Copy of Certificate of Registration for Laundry Line designs; and

    C.    Color Copy of Certificate of Registration for Tropical Drinks designs.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

**ARABELLA TEXTILES, LLC, d.b.a.
DEBORAH CONNOLLY & ASSOCIATES**

By its attorneys,

/s/ Anastasia M. Fernands
R. David Hosp (BBO # 634091)
Anastasia M. Fernands (BBO# 633131)
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA  02109
Phone: 617-570-1000
Fax:  617-523-1231

**OF COUNSEL:**

James R. Steffen (MN# 204717)
Molly K. Beutz (MN# 324218)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax:  612-766-1600

Dated:  September 20, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served upon the
attorney(s) of record for each other
party by mail/hand on _____