# GOODWIN | PROCTER

Anastasia M. Fernands
617.570.1103
afernands@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

October 22, 2004

**By Facsimile and U.S. Mail**

Michael A. Paris, Esq.
77 Franklin Street
Boston, MA 02110

Re:  **The Turkish Towel Company, Inc. v.
      Deborah Connolly & Associates, LLC
      C.A. No. 04-11849 NG**

Dear Michael:

This letter is to follow up on our telephone conference of last week and our brief conversation of Wednesday evening. In particular, during the Rule 26(f) conference last week, Jim Steffen expressed the pressing need to move expeditiously in this action, and we discussed an expedited schedule for discovery. Although you and Mr. Bello objected to our proposed scheduled, you agreed to provide us with your counterproposal on Monday or Tuesday of this week. However, it is now Friday and we have still not received that counterproposal. If we are not able to reach a mutually agreeable schedule for expedited discovery soon, we will seek appropriate assistance from the court.

I look forward to hearing from you.

Very truly yours,

*Anastasia M. Fernands*

Anastasia M. Fernands

AMF:sev
Enclosures

cc:  Herbert L. Bello, Esq. ~ *by Facsimile and U.S. Mail*
     James R. Steffen, Esq. ~ *by Facsimile and U.S. Mail*

LIBA/1425242.1