UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 22 P 3: 23

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DEBORAH CONNOLLY & ASSOCIATES, LLC. a New York limited liability corporation, <br><br> Defendant. <br><br> and <br><br> ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES, <br><br> Counterclaimant <br><br> vs. <br><br> THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, <br><br> Counterclaim Defendant. | Case No. 04-11849 NG <br><br> FILING FEE PAID: |

## ASSENTED-TO MOTION TO PERMIT
## JAMES R. STEFFEN TO APPEAR *PRO HAC VICE*

Anastasia M. Fernands, attorney for defendant – counterclaim plaintiff Arabella Textiles LLC d/b/a Deborah Connolly & Associates ("DCA") in the above-captioned matter, moves pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the admission, *pro hac vice*, of James R. Steffen. The basis for this motion is as follows:

1.  James R. Steffen is a partner in the law firm of Faegre & Benson LLP in Minneapolis, Minnesota and is counsel for DCA.

2.  Mr. Steffen is a member in good standing in every jurisdiction where he has been admitted to practice.

3.  There are no disciplinary proceedings pending (nor have any ever been brought) against Mr. Steffen as a member of any bar in any jurisdiction.

4.  Mr. Steffen has indicated in the attached Certificate that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

In further support of this motion, the declaration of James R. Steffen is attached hereto as Exhibit A. A filing fee of $50 is enclosed with this motion. Counsel for The Turkish Towel Company, Inc. has assented to this motion.

WHEREFORE, Anastasia M. Fernands respectfully requests that this Court admit James R. Steffen *pro hac vice*.

Respectfully submitted,

ARABELLA TEXTILES, LLC
d/b/a DEBORAH CONNOLLY & ASSOCIATES

By its attorneys,

*/s/ Anastasia M. Fernands*
R. David Hosp (BBO #634091)
Anastasia M. Fernands (BBO #633131)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000

Dated: October 22, 2004

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of October, 2004, a true and correct copy of ***Motion To Permit James R. Steffen To Appear Pro Hac Vice*** was served by mail upon the following:

> Herbert L. Bello (BBO# 036620)
> One Hollis Street
> Wellesley, MA 02482
> Phone: 781-235-4457
>
> Michael A. Paris (BBO# 389770)
> 77 Franklin Street
> Boston, MA 02110
> Phone: 617-542-5000

*/s/ Anastasia M. Fernands*
Anastasia M. Fernands

LIBA/1422797.1

A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DEBORAH CONNOLLY & ASSOCIATES, LLC, a New York limited liability corporation<br><br>        Defendant;<br><br>and<br><br>ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES,<br><br>        Counterclaimant,<br><br>vs.<br><br>THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Counterclaim Defendant. | Case No. 04-11849 NG |

### CERTIFICATE OF JAMES R. STEFFEN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James R. Steffen hereby certify that:

1.    I am an attorney duly admitted to the practice of law in Minnesota since 1989. I am a partner of the firm of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, counsel for defendant and counterclaimant Arabella

Textiles, LLC d/b/a Deborah Connolly & Associates. I am also admitted to practice before the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Minnesota, the United States District Court for the District of Colorado and the United States District Court for the Eastern District of Michigan.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by the same.

5. I respectfully request that I be admitted before this Court for the purposes of the above-captioned proceedings.

Signed under the pains and penalties of perjury this ___ day of October, 2004.

_____
James R. Steffen

Dated: October ___, 2004

M2:20660997.01

2