# THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., <br><br> a Massachusetts Corporation, <br><br>     Plaintiff, <br><br> vs. <br><br> DEBORAH CONNOLLY & ASSOCIATES, LLC., <br><br> a New York Limited Liability Corporation, <br><br>     Defendant, <br><br> and <br><br> ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES, <br><br>     Counterclaimant <br><br> vs. <br><br> TURKISH TOWEL COMPANY, INC., a Massachusetts corporation, <br><br>     Defendant in Counterclaim | Civil Action No. 04 11849 NG |

1

*11/2/04*

*A.J*

# FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF THE TURKISH TOWEL COMPANY

Plaintiff and Counterclaim Defendant The Turkish Towel Company (TT), makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These initial disclosures are based upon information so far located by and currently available to TT, and TT reserves the right to supplement and/or amend these disclosures when and if necessary or appropriate.

A.  Individuals likely to have discoverable information that TT may use to support its claims or defenses.

      1. Barton Brass, President of Plaintiff company,
        12 State Street, Marblehead, MA 01945.

Mr. Brass has information relating to the business relationship between the parties and between the parties and Azim Tekstil ( Tekstil); Mr. Brass has knowledge concerning the towels designed, marketed and sold by DCA fo TT;  Mr. Brass also has information relating to all aspects of the towel business; he also has information relating to the payments made to DCA and what all the payments were for and the understanding of the parties relating to ownership of any products made by Azim for TT.

      2. Deborah Connolly, President of DCA
        303 Fifth Avenue
        Suite 1402
        New York, NY 10016

Ms. Connolly is likely to have information relating to the business relationship between the parties and between the parties and Azim; she also is likely to have information relating to the financial arrangements of the parties, what payments were made to DCA, the purpose of the payments made by TT to DCA, and all other aspects of their relationship.

      3. Carmel Karni,
        Formerly Technical Assistant to DCA
        1822 Linden Street, #2R
        Ridgewood, NY 11385

Ms. Karni is likely to have information relating to her employment by DCA, the financial arrangements surrounding her salary, her work on any products, and all aspects of the business relationship between the parties.

      4. Hakan Sarikaya

Import Director
Azim Tekstil

Organize Sanayi 2 Bolge
PK 38
Denizli, Turkey

Ms. Sarikaya is likely to have information relating to the relationship between the parties and between the parties and and Azim.

    5. Mehmet Sarikaya, same address as previous witness.
       General Manager at Azim

Mr. Sarikaya is likely to have information relating to the relationship between the parties and between the parties and Azim.

    6. Seher Gurgun
       Product Manager at Azim
       Same address as Hakan Sarikaya.

Mr. Gurgun is likely to have information relating to the relationship between the parties and the relationship between the parties and Azim.

    7. Shelley Goldstein
       Former designer for DCA
       Street address unknown at this time
       New York, NY

Ms. Goldstein is likely to have information regarding the relationship between the parties and her work at DCA.

    8. Steve Henderson
       C/o Thin Inc.,
       Main Street
       Sausalito, CA

Mr. Henderson is likely to have information relating to the relationship between the parties and the relationship between the parties and his company.

    B. Description and location of all documents, data cpmpilations, and tangible things that are in the custody, control or possession of the TT and that TT may use to support its claims or defenses, unless solely for impeachment.

TT hereby describes the categories of documents, data, and tangible things, all of which are

located either at the law offices of TT's attorneys in Boston, Massachusetts or Wellesley, Massachusetts, the offices of TT at Marblehead, Massachusetts, and Azim Tekstil, Denzili, Turkey:

1. Copyright registrations and applications relating to products at issue in this matter;

2. Samples of various products;

3. Accounting records of TT;

4. Corespondence between the parties and others;

C. Computation of any categories of damages claims

TT's investigation of this matter and discovery is continuing. TT is not currently able to provide a calculation of damages.

D. Insurance.

Not applicable.

Respectfully submitted this ___29th___ day of October 2004.

The Turkish Towel Company, Inc., by its attorneys

_____
Michael A. Paris, BBO # 389220
77 Franklin Street
Boston, Massachusetts   02110
Telephone (617) 542-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the Attorney of record for each other party by mail (by hand)
On____/d/29/d4_____
_____

_____
Herbert L. Bello, BBO# 036620
One Hollis Street
Wellesley, Massachusetts  02482
Telephone: (781) 235-4457