UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>DEBORAH CONNOLLY & ASSOCIATES, LLC. )<br>a New York limited liability corporation,  )<br>)<br>Defendant.  )<br>)<br>and  )<br>)<br>ARABELLA TEXTILES, LLC, a New York )<br>limited liability company, d.b.a.  )<br>DEBORAH CONNOLLY & ASSOCIATES,  )<br>)<br>Counterclaimant  )<br>)<br>vs.  )<br>)<br>THE TURKISH TOWEL COMPANY, INC., )<br>a Massachusetts corporation,  )<br>)<br>Counterclaim Defendant.  )<br>) | Case No. 04-11849 NG |

**WITHDRAWAL OF EMERGENCY MOTION FOR
PRELIMINARY SCHEDULING ORDER AND
<u>EXPEDITED DISCOVERY FOR PURPOSES OF PRELIMINARY INJUNCTION</u>**

On October 26, 2004, defendant and counterclaimant Arabella Textiles, LLC, d/b/a

Deborah Connolly & Associates ("DCA") filed an emergency motion for preliminary scheduling

order and expedited discovery for purposes of preliminary injunction.

DCA's motion was predicated in part on the fact that DCA's principal and primary witness, Ms. Deborah Connolly, is expecting twins and reasonably expected to be unavailable for meaningful participation in the action by December.

Because the expedited schedule DCA's motion proposed assumed Ms. Connolly's ability actively to participate, and because Ms. Connolly would not be able to participate actively in any expedited schedule that might be set now, DCA respectfully withdraws its motion.

        Respectfully submitted,

        ARABELLA TEXTILES, LLC
        d/b/a DEBORAH CONNOLLY & ASSOCIATES

        By its attorneys,


        /s/ Anastasia M. Fernands
        R. David Hosp (BBO #634091)
        Anastasia M. Fernands (BBO #633131)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA  02109
        Tel:  (617) 570-1000

        James R. Steffen (*pro hac vice*)
        FAEGRE & BENSON LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        Phone: 612-766-7000
        Fax:  612-766-1600

Dated: November 12, 2004