UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DEBORAH CONNOLLY & ASSOCIATES, LLC, a New York limited liability corporation<br><br>        Defendant.<br><br>and<br><br>ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES,<br><br>        Counterclaimant<br><br>vs.<br><br>THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Counterclaim Defendant | Case No. 04-11849 NG |

**JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Turkish Towel Company, Inc. ("Turkish Towel") and Arabella Textiles, LLC d/b/a Deborah Connolly & Associates ("DCA") (collectively the "Parties") jointly request a continuance of the initial scheduling conference currently scheduled for Monday, January 24, 2005.  The parties, through Plaintiffs' counsel, previously reported to the Court via telephone that the Parties have negotiated a settlement agreement, and that they do not believe this case will proceed.  The Parties had originally anticipated exchanging signed copies of the settlement

agreement and filing a stipulation of dismissal prior to the scheduled conference, and they expect to file a stipulation of dismissal shortly.

In light of the negotiated settlement and in order to save the Court's and the Parties' resources, the Parties respectfully request a continuance of the January 24, 2005 scheduling conference.

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC. | ARABELLA TEXTILES, LLC<br>d/b/a DEBORAH CONNOLLY &<br>ASSOCIATES |
| By its attorneys, | |
| /s/ Herbert L. Bello (w/ permission by AMF)<br>Herbert L. Bello (BBO# 036620)<br>One Hollis Street<br>Wellesley, MA 02482<br>Phone: 781-235-4457 | By its attorneys,<br><br>/s/ Anastasia M. Fernands<br>R. David Hosp (BBO # 634091)<br>Anastasia M. Fernands (BBO# 633131)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Phone: 617-570-1000<br>Fax: 617-523-1231 |
| /s/ Michael A. Paris (w/ permission by AMF)<br>Michael A. Paris (BBO# 389770)<br>77 Franklin Street<br>Boston, MA 02110<br>Phone: 617-542-5000 | Of Counsel:<br>James R. Steffen (MN# 204717) (*pro hac vice*)<br>Molly K. Beutz (MN# 324218)<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Phone: 612-766-7000<br>Fax: 612-766-1600 |

January 21, 2005