UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-11849-NG

THE TURKISH TOWEL COMPANY, INC.

Plaintiff

v.

DEBORAH CONNOLLY & ASSOCIATES, LLC

Defendant

<u>ORDER</u>

January 24, 2005

COHEN, M.J.

     Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, the Joint Motion for Extension of Time to For Continuance Of The Initial Scheduling Conference Currently Scheduled for January 24, 2005 (# 14) is allowed as follows: Counsel for the parties shall file the stipulation of dismissal or other appropriate closing papers on or before the close of business, Friday, February 4, 2005. In the event that the parties, contrary to present expectations, do not settle this case by then, they shall contact the Clerk of this court, Ms. Maria Simeone [(617) 748-4091] so that the case can be reassigned to another Magistrate Judge for the purpose of conducting a Rule 16(b) Scheduling Conference.[1]

     In the meantime, the file is hereby ordered returned to the Clerk to be closed upon receipt of the closing papers from counsel.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] After which the case will remain with the successor of this court.