UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


 TURKISH TOWEL COMPANY
              Plaintiff


            v.                          Case Number: CV 04-11849-NG


 DEBORAH CONNOLLY & ASSOC
              Defendant


**ORDER OF INTERIM REFERRAL**
**January 27, 2005**


SWARTWOOD, CMJ

     The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen,

is referred to Magistrate Judge        Marianne B. Bowler        solely for the purpose of

handling any emergency matters that may arise between this date and the date of appointment of

the Court's new Magistrate Judge.

     Should any emergency business arise, counsel are directed to contact the courtroom clerk

for the interim Magistrate Judge.


                                        /s/ Charles B. Swartwood III
                                        Charles B. Swartwood III
                                        Chief Magistrate Judge