## *EXHIBIT A*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DEBORAH CONNOLLY & ASSOCIATES, LLC. a New York limited liability corporation,<br><br>        Defendant.<br><br>and<br><br>ARABELLA TEXTILES, LLC, a New York limited liability company, d.b.a. DEBORAH CONNOLLY & ASSOCIATES,<br><br>        Counterclaimant<br><br>vs.<br><br>THE TURKISH TOWEL COMPANY, INC., a Massachusetts corporation,<br><br>        Counterclaim Defendant. | Case No. 04-11849 NG |

### STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(2)

Consistent with and pursuant to a Settlement Agreement entered into as of the 7th day of January, 2005, which Settlement Agreement is expressly incorporated herein by reference, the parties to the above-captioned action, by their undersigned and duly authorized counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(2) to the voluntary dismissal with prejudice of all

claims and counterclaims asserted between them in the above-captioned action, without an award of costs or attorneys' fees to any party hereto.

Dated: ~~January~~ FEBRUARY 1, 2005

Dated: ~~January~~ FEBRUARY 1, 2005


Michael A. Paris (BBO#389220)
77 Franklin Street
Boston, MA 02110
Tel: (617) 542-5000

Herbert L. Bello (BBO#036620)
One Hollis Street
Wellesley, MA 02482
Tel: (781) 235-4457

ATTORNEYS FOR THE
TURKISH TOWEL COMPANY, INC.

R. David Hosp (BBO #634091)
Anastasia M. Fernands (BBO #633131)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000

James R. Steffen (*pro hac vice*)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000

ATTORNEYS FOR ARABELLA TEXTILES,
LLC, d.b.a. Deborah Connolly & Associates